# Order

Michigan Supreme Court
Lansing, Michigan

February 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141079(45)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

ANDREW BRIAN MORRISON,
Defendant-Appellant.

SC: 141079
COA: 285662
Manistee CC: 07-003778-FC

_____/

On order of the Court, the motion for reconsideration of this Court's July 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

_____
Clerk

y0126